## Commonwealth v. Tedders, Appellant.

Argued March 15, 1968. Before MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*John J. Dean*, Assistant Trial Defender, with him *Daniel T. Zamos*, Assistant Director, and *George H. Ross*, Director, for appellant.

*Charles B. Watkins*, Assistant District Attorney, with him *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, August 6, 1968:
Judgment affirmed.
Mr. Chief Justice BELL took no part in the consideration or decision of this case.